**FILED**
February 16, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NICK VAN BROCKLIN TRAHAN, ) <br> ) <br> Defendant. ) | CASE NO. 2:10-cr-00057 GEB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NICK VAN BROCKLIN TRAHAN; Case 2:10-cr-00057 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      \_\_   Release on Personal Recognizance

      \_\_   Bail Posted in the Sum of _____

      X   Unsecured Appearance Bond in the amount of $25,000.00 co-signed by Amber Trahan and to the Third Party Custody of Amber Trahan.

      \_\_   Appearance Bond with 10% Deposit

      \_\_   Appearance Bond secured by Real Property

      \_\_   Corporate Surety Bail Bond

      X   (Other) Pretrial Conditions/Supervision.

Issued at Sacramento, CA on 2/16/2010 at _____ .

By _____
Kendall J. Newman
United States Magistrate Judge