1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   NICK VAN BROCKLIN TRAHAN
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  NO. CR.S-10-057-GEB
11                                   )
                     Plaintiff,      )
12                                   )  **STIPULATION AND [PROPOSED] ORDER;**
        v.                           )     **CONTINUING STATUS CONFERENCE**
13                                   )        **AND EXCLUDING TIME**
   NICK VAN BROCKLIN TRAHAN,         )
14                                   )  Date:  July 9, 2010
                     Defendant.      )  Time:  9:00 am.
15 _____  )  Judge: Hon. Garland E. Burrell Jr.

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, KYLE REARDON, Assistant United States
18
   Attorney, attorney for Plaintiff, and CARO MARKS, attorney for NICK VAN
19
   BROCKLIN TRAHAN, that the status conference hearing date of July 2,
20
   2010 be vacated, and the matter be set for status conference on July 9,
21
   2010 at 9:00 am.
22
        The reason for this continuance is now that the defense has
23
   received the plea agreement, further negotiations are necessary to
24
   amend it. Defense counsel has been away for a family emergency and
25
   needs the additional time to meet with government counsel for this
26
   purpose, and then to review the plea offer with the defendant.
27
        Based upon the foregoing, the parties agree that the time under
28

1  the Speedy Trial Act should be excluded from the date of signing of

2  this order through and including July 9, 2010 pursuant to 18 U.S.C.

3  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

4  T4 based upon continuity of counsel and defense preparation.

5

DATED:   June 30, 2010.                  Respectfully submitted,

6
                                         DANIEL J. BRODERICK
7                                        Federal Public Defender

8

9                                        /s/ Caro Marks
                                         CARO MARKS
10                                       Designated Counsel for Service
                                         Attorney for NICK VAN BROCKLIN TRAHAN
11

12 DATED:   June 30, 2010.                BENJAMIN WAGNER
                                         United States Attorney
13

14
                                         /s/ Caro Marks for
15                                       KYLE REARDON
                                         Assistant U.S. Attorney
16                                       Attorney for Plaintiff

17

18

19                                  ORDER

20     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

21 ordered that the July 2, 2010, status conference hearing be continued

22 to July 9, 2010, at 9:00 am.  Based on the representation of defense

23 counsel and good cause appearing there from, the Court hereby finds

24 that the failure to grant a continuance in this case would deny defense

25 counsel reasonable time necessary for effective preparation, taking

26 into account the exercise of due diligence.  The Court finds that the

27 ends of justice to be served by granting a continuance outweigh the

28 best interests of the public and the defendant in a speedy trial.  It

2

1   is ordered that time up to and including the July 9, 2010 status

2   conference shall be excluded from computation of time within which the

3   trial of this matter must be commenced under the Speedy Trial Act

4   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,

5   to allow defense counsel reasonable time to prepare.

6   Dated:  June 30, 2010

7

8   _____
    GARLAND E. BURRELL, JR.
9   United States District Judge

3