DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
NICK VAN BROCKLIN TRAHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NICK VAN BROCKLIN TRAHAN, )<br>)<br>Defendant. )<br>_____ ) | NO. CR.S-10-057-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: July 23, 2010<br>Time: 9:00 am.<br>Judge: Hon. Garland E. Burrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for NICK VAN BROCKLIN TRAHAN, that the status conference hearing date of July 9, 2010 be vacated, and the matter be set for status conference on July 23, 2010 at 9:00 am.

   The reason for this continuance is defense counsel has been unexpectedly out of town since June 20, 2010, due to a family medical emergency. More, the defendant is housed in Butte County Jail, often a four hour drive (round trip), and counsel is unable to visit him this week due to the myriad work-related obligations that have arisen in her absence. Counsel needs additional time to meet with the defendant and

to review the plea offer with him.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 23, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 9, 2010.                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender


                                        /s/ Caro Marks
                                        CARO MARKS
                                        Designated Counsel for Service
                                        Attorney for Nick Van Brocklin Trahan

DATED: July 9, 2010.                    BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Caro Marks for
                                        KYLE REARDON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


                                ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 9, 2010, status conference hearing be continued to July 23, 2010, at 9:00 am. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the

2

ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the July 23, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare and to ensure continuity of counsel.

Dated:  July 9, 2010

GARLAND E. BURRELL, JR.
United States District Judge