```
FILED
September 9, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>v.  )<br>  )<br>NICK VAN BROCKLIN TRAHAN,  )<br>  )<br>        Defendant.  ) | Case No. 2:10CR00057-GEB-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICK VAN BROCKLIN TRAHAN , Case No.  2:10CR00057-GEB-1 , Charge  18USC § 2252(a)(2) and 2253 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔  (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 9, 2010  at  2:00 pm .

        By  /s/ Gregory G. Hollows
            Gregory G. Hollows
            United States Magistrate Judge

Copy 5 - Court