DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
NICK VAN BROCKLIN TRAHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>NICK VAN BROCKLIN TRAHAN,<br><br>        Defendant.<br>_____ | NO. CR.S-10-057-GEB<br><br>**AMENDED**<br>**STIPULATION AND [PROPOSED] ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: April 22, 2011<br>Time: 9:00 am.<br>Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for NICK VAN BROCKLIN TRAHAN, that the status conference hearing date of February 18, 2011, be vacated, and the matter be set for status conference on April 22, 2011 at 9:00 am.

The reason for this continuance is that due to unforseen family circumstances, defense counsel is required to be out of town for at least one month.  Defense counsel also needs additional time to meet with the defendant and to review the plea offer with him.  <u>Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation,</u>

<u>taking into account the exercise of due diligence.</u>

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 22, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.  <u>The parties further stipulate that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original dates prescribed by the Speedy Trial Act.</u>

DATED:   February 18, 2011.            Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Public Defender


                                       /s/ Caro Marks
                                       CARO MARKS
                                       Designated Counsel for Service
                                       Attorney for Defendant
                                       Nick Van Brocklin Trahan

DATED:   February 18, 2011.            BENJAMIN WAGNER
                                       United States Attorney


                                       /s/ Caro Marks for
                                       KYLE REARDON
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


                                ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

2

ordered that the February 18, 2011, status conference hearing be continued to April 22, 2011, at 9:00 am.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 22, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare and to ensure continuity of counsel.

Dated:   February 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge