BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00057 GEB |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| NICK VAN BROCKLIN TRAHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Nick Van Brocklin Trahan it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Nick Van Brocklin Trahan's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) One black generic computer tower with no serial number seized from 6357 Templeton Drive, Carmichael, California, on February 11, 2009;
    b) One 100 GB Maxtor Digital hard drive, serial number B202V99H;
    c) One 320 GB Western Digital hard drive, serial number WD3200AAKB;

        d)    One 300 GB Samsung HD300LD hard drive, serial number SOA4J10L237075; and

        e)    One 149 GB Seagate hard drive, serial number 9QJ0S5X1.

2.   The above-listed property constitutes property containing visual depictions produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252(a)(4)(B); or was used or intended to be used to commit or to promote the commission of the aforementioned violation.

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of

1 Forfeiture posted on the official government forfeiture site, or
2 within thirty (30) days from receipt of direct written notice,
3 whichever is earlier.
4     5. If a petition is timely filed, upon adjudication of all
5 third-party interests, if any, this Court will enter a Final
6 Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all
7 interests will be addressed.
8 Dated: May 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge