BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California   95814
Telephone:   (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:10-CR-00057 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| NICK VAN BROCKLIN TRAHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about May 10, 2011, this Court entered a

Preliminary Order of Forfeiture pursuant to the provisions of 18

U.S.C. § 2253, based upon the plea agreement entered into between

plaintiff and defendant Nick Van Brocklin Trahan and the finding

of forfeiture by the Court forfeiting to the United States the

following property:

> a)   One black generic computer tower with no serial
>       number seized from 6357 Templeton Drive
>       Carmichael, California, on February 11, 2009;
>
> b)   One 100 GB Maxtor Digital hard drive, serial
>       number B202V99H;
>
> c)   One 320 GB Western Digital hard drive, serial
>       number WD3200AAKB;

1          d)   One 300 GB Samsung HD300LD hard drive; serial
number SOA4J10L237075; and

2

3          e)   One 149 GB Seagate hard drive, serial number
9QJ0S5X1.

4    AND WHEREAS, beginning on May 12, 2011, for at least 30

5 consecutive days, the United States published notice of the

6 Court's Order of Forfeiture on the official internet government

7 forfeiture site www.forfeiture.gov.  Said published notice

8 advised all third parties of their right to petition the Court

9 within sixty (60) days from the first day of publication of the

10 notice for a hearing to adjudicate the validity of their alleged

11 legal interest in the forfeited property.

12    AND WHEREAS, the Court has been advised that no third party

13 has filed a claim to the subject property, and the time for any

14 person or entity to file a claim has expired.

15    Accordingly, it is hereby ORDERED and ADJUDGED:

16    1.  A Final Order of Forfeiture shall be entered forfeiting

17 to the United States of America all right, title, and interest in

18 the above-listed property pursuant to 18 U.S.C. § 2253, to be

19 disposed of according to law, including all right, title, and

20 interest of Nick Van Brocklin Trahan.

21    2.  All right, title, and interest in the above-listed

22 property shall vest solely in the name of the United States of

23 America.

24    3.  The U.S. Marshals Service shall maintain custody of and

25 ///

26 ///

27 ///

28 ///

2          Final Order of Forfeiture

1  control over the subject property until it is disposed of

2  according to law.

3  Dated:   January 17, 2012

4

5  _____
   GARLAND E. BURRELL, JR.

6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Final Order of Forfeiture